IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EDDIE JAMES MOULTRIE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No. 3:24-cv-586-AW-HTC

**CAPTAIN CARR, LIEUTENANT
PERKINS, OFFICER LUFURINGO,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation that concluded the court should dismiss based on Plaintiff's failure to accurately disclose his litigation history. ECF No. 47. Plaintiff has not filed any objection to the report and recommendation, and his deadline to do so has passed.

Having carefully considered the matter, I agree with the magistrate judge, and I conclude dismissal is appropriate. *See McNair v. Johnson*, 143 F.4th 1301, 1308 (11th Cir. 2025) ("Dismissal without prejudice was an appropriate exercise of the district court's inherent authority to manage its docket and enforce the local rules. [Plaintiff] violated the local rules by failing to disclose his full litigation history, as required by the duly adopted standard complaint form."). I now adopt the report and recommendation and incorporate it into this order.

1

The motion to dismiss (ECF No. 42) is GRANTED. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to accurately disclose litigation history." The clerk will then close the file.

SO ORDERED on October 20, 2025.

s/ *Allen Winsor*
Chief United States District Judge
